IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL J. JOHNSON, )
)
    Plaintiff, )
)
v. )   CASE NO. CV421-229
)
KILOLO KIJAKAZI, Acting )
Commissioner, Social )
Security Administration, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (doc. 14), to which objections have been filed, (doc. 15), to which the Commissioner has replied, (doc. 16). The Magistrate Judge recommended that Plaintiff's Complaint challenging a denial of benefits be dismissed because the Court lacks subject matter jurisdiction. (See doc. 14 at 1.) The Magistrate Judge concluded that Plaintiff's filing of "exceptions" to the Administrative Law Judge's unfavorable decision after remand required him to await the Appeals Council's decision before he can file a Complaint in this Court. (Id. at 3-5.) Plaintiff's Objection, like his response to the Commissioner's Motion to Dismiss, focuses on the permissive language in 20 C.F.R. § 404.984(b)(3), but ignores the mandatory language in 20

C.F.R. § 404.984(b)(2), relied upon by the Magistrate Judge. (Compare doc. 14 at 3-4; with doc. 15 at 3.) The Court does not find Plaintiff's construction of § 404.984 persuasive. As the Report and Recommendation concluded, in the absence of a "notice" from the Appeals Council "addressing [the claimant's] exceptions and explaining why no change in the hearing decision is warranted," 20 C.F.R. § 404.984(b)(2), the ALJ's unfavorable decision is not "the final decision of the Commissioner after remand," id., and this Court lacks jurisdiction to consider Plaintiff's appeal. (See doc. 14 at 5 (citing 42 U.S.C. §§ 405(g), 405(h); Widman v. Comm'r of Soc. Sec. Admin., 230 F. App'x 708 (9th Cir. 2007).) Plaintiff's Objection is, therefore, **OVERRULED**. (Doc. 15.)

After a careful review of the record,[1] therefore, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 14.) The Commissioner's Motion to Dismiss is **GRANTED**. (Doc. 10.) Plaintiff's Complaint is

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

**DISMISSED.** (Doc. 1.)  The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of September, 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA